IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BETTY GEORGE,

    Plaintiff,

v.                          Civil Action No. 3:09CV829

W.F. CALLIOTT, et al.,

    Defendants.

## MEMORANDUM OPINION

Betty George has submitted this civil action. She also has applied to proceed in forma pauperis. By Memorandum Order entered on February 5, 2010, the Court denied Ms. George's request to proceed and directed her to pay the $350.00 filing fee within eleven (11) days of the date of entry thereof, or provide a detailed explanation as to why she cannot afford to pay the required filing fee. Ms. George has not paid the filing fee nor adequately explained why she could not afford to pay the filing fee. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.[1]

The Clerk of the Court is DIRECTED to send a copy of the Memorandum Opinion to Ms. George and Stefon M. George.

                                  /s/
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: March 24, 2010

---

[1] On February 12, 2010, Ms. George submitted the complaint with the signature of her son, Stefon George. Stefon George, however, has not paid the filing fee or requested leave to proceed in forma pauperis.